IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 12-CR-30034—02-MJR |
| | ) | |
| ERIN TODD, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM and ORDER

REAGAN, District Judge:

Erin Todd was indicted in this District for conspiracy in connection with a telemarketing scam involving the resale of vacation timeshares, in violation of 18 U.S.C. §§ 1341, 1343, and 1349. She is set to proceed to jury trial on Tuesday, September 11, 2012 and has been detained pending that trial. The Court now ORDERS that the Ramada Inn (where Todd was arrested late September 8, 2012 or early September 9, 2012) release to her attorney (Neal Connors) the clothing which Todd left behind, so Defendant Todd may use that apparel for her jury trial.

IT IS SO ORDERED.

DATED September 10, 2012.

s/ Michael J. Reagan
Michael J. Reagan
United States District Judge